UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM R. KERN, | ) |
| | ) No. CV-11-0454-CI |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING STIPULATED |
| | ) MOTION TO REMAND PURSUANT TO |
| MICHAEL J. ASTRUE, | ) SENTENCE FOUR OF 42 U.S.C. |
| Commissioner of Social | ) § 405(g) |
| Security, | ) |
| | ) |
| Defendant. | ) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 20.) Attorney Maureen J. Rosette represents Plaintiff William Kern; Special Assistant United States Attorney Franco L. Becia represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 12.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 20)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council shall consider all evidence presented to the agency and conduct a supplemental review of the ALJ's decision.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1 | The District Court Executive is directed to enter this Order,
2 | forward copies to counsel, and thereafter shall close this file.
3 | DATED September 7, 2012.

```
                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE
```

ORDER GRANTING STIPULATED MOTION TO REMAND - 2