# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM R. KERN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-11-454-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

DATED: September 7, 2012

                                      JAMES R. LARSEN<br>
                                      District Court Executive/Clerk

                                      s/ L. Stejskal<br>
                                      Deputy Clerk